UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-147 |
| | ) | (Varlan/Guyton) |
| DEX ANTOINE HINES, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The defendant filed a Motion To Continue [Doc. 271] to continue the plea on behalf of his client, defendant Hines, to November 10, 2008, the new trial date. The defendant has previously waived his right to a speedy trial and continues to do the same. The defendant states in his motion that the government does not oppose this motion.

Evincing an agreement between the United States and defendant Hines to enter a change of plea before the District Court on the date of trial, defendant Hines' Motion To Continue [Doc. 271] plea is **GRANTED**, and further proceedings in his case are continued to **November 10, 2008.**

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge